IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES STEELE AND MATTIE MCCURDY                                      PLAINTIFFS

V.                                                                   CIVIL ACTION NO. 4:07CV79TSL-LRA

TYSON FOODS, INC.                                                    DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This action is before the Court on the joint *ore tenus* motion of the parties for dismissal of this civil action with prejudice. The Court, being advised that the parties have reached a compromise and have settled, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is fully and finally DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 27th day of November, 2007.

/s/Tom S. Lee
U.S. DISTRICT COURT JUDGE

AGREED:

/s/Curt Crowley
Curt Crowley
Attorney for Plaintiffs


/s/Jennifer A. Rogers
Jennifer A. Rogers
Attorney for Defendant Tyson Foods, Inc.